JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRIE KEYS, | CV 12-5244 PA (AGRx) |
| Plaintiff, | JUDGMENT |
| v. | |
| PEARSON AFFILIATED, INC., et al., | |
| Defendants. | |

Pursuant to the Court's September 24, 2012 Minute Order dismissing with prejudice the claims alleged by plaintiff Sherrie Keys ("Plaintiff") against Wilshire State Bank; the Court's October 15, 2012 Minute Order dismissing with prejudice the claims alleged against defendant Keller Williams; the December 28, 2012 Minute Order dismissing without prejudice defendant 701 Mariposa Project LLC; the March 6, 2013 Order dismissing defendants Dornin Investment Group, LLC, Dornin Realty Advisors, Inc., DIG Mariposa Apartments, LLC, Christopher Dornin, Scott Botsford, and Steve Paek pursuant to settlement and stipulation of the parties; the Court's May 14, 2013 Minute Order granting the Motion to Dismiss filed by defendants Pacific 701 Mariposa LLC and John Safi and the Motion to Strike, alternatively, Dismiss filed by defendants Raymond Zakari and Zakari Law Inc., which dismissed the claims against those defendants with prejudice; and the May 14, 2013 Minute Order dismissing without prejudice the claims alleged against defendants

709 S. Mariposa Inc., Roman W. Celusta, Ted Kolchier, SAFCO Capital Group, Pearson Affiliated Inc., Yitzchok "Yitzy" Pearson, Gary Walch, Chase Merritt Fund I LLC and Chase Merritt Fund II LLC,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims against Wilshire State Bank, Keller Williams, Pacific 701 Mariposa LLC, John Safi, Raymond Zakari and Zakari Law Inc. are dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims against 701 Mariposa Project LLC, 709 S. Mariposa Inc., Roman W. Celusta, Ted Kolchier, SAFCO Capital Group, Pearson Affiliated Inc., Yitzchok "Yitzy" Pearson, Gary Walch, Chase Merritt Fund I LLC and Chase Merritt Fund II LLC are dismissed without prejudice.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and that defendants shall have their costs of suit.

DATED: May 23, 2013

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE